IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Eric Maradiaga, | ) C.A. #4:05-2836-PMD |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER** |
| | ) |
| Darren Wilson, Highway Patrolman; David Thomley, Captain and Highway Patrolman, | ) ) |
| | ) |
| Defendants. | ) |
| | ) |

This matter is before the court upon the magistrate judge's recommendation that plaintiff's motions for default judgment be denied . The record includes the report and recommendation of the United States Magistrate Judge made in accordance with this Court's Order of Reference and 28 U.S.C. § 636(b)(1)(A) and (B).

The Court is charged with conducting a *de novo* review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). No objections have been filed to the magistrate judge's report.

A review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. For the reasons articulated by the magistrate judge,

**IT IS ORDERED** that plaintiff's motions for default judgment are **DENIED**, and the Clerk of Court shall send Forms USM-285 and summonses to plaintiff giving him thirty (30) days from the date of this Order to provide updated address(es) for the unserved defendant(s).

**IT IS FURTHER ORDERED** that the U.S. Marshal Service shall attempt to re-serve defendant Wilson at the previous address given by plaintiff if plaintiff is unable to provide a more current address within thirty (3) days in the even defendant Wilson has returned from

Iraq.

**ORDERED**, that the magistrate judge's report and recommendation is adopted as the order of this Court.

**AND IT IS SO ORDERED.**

                                                                        _____
                                                                        PATRICK MICHAEL DUFFY
                                                                        United States District Judge

Charleston, South Carolina
July 11, 2006